IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANUAR OSVALDO GARCES, | § | |
| ID # 23038947, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2515-K-BW |
| | § | |
| FELICIA PITRE, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or follow orders of the Court.

Petitioner shall have 30 days from the date of this Order to:

(1) complete, date and sign, and return to the Court an amended complaint on the included form Prisoner's Civil Rights Complaint; and

(2) either pay the $405.00 filing and administrative fees or file an application to proceed in forma pauperis with the required certificate of inmate trust account or comparable form, such as a resident account summary.

Failure to comply with this order will result in the dismissal of this action under Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is DIRECTED to send Garces:

(1) a copy of this order,

(2) a standard form for cases filed under 42 U.S.C. § 1983, with the case number and notation "Amended" included on the form and,

(3) a form application (with certificate of inmate trust account form) to proceed in forma pauperis in a civil case.

**SO ORDERED.**

**Signed on May 12, 2025.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE